IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Case No. 08-CR-34-C-01 ) |
| ROGER SMITH, | ) ) |
| Defendant. | ) ) |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, Count 3 against defendant Roger Smith.

Dated this 7th day of October 2008.

Respectfully submitted,

ERIK C. PETERSON
United States Attorney

By:
/s/

JOHN W. VAUDREUIL
Assistant U. S. Attorney
Chief of Criminal Division

Leave of court is granted for the filing of the foregoing dismissal.

HONORABLE BARBARA B. CRABB  James T. Moody
United States District Judge

Dated: 10-15-08